# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                              Case No. 17-CR-7

STEPFONZ CAMPBELL,

    Defendants.

## ORDER GRANTING CONTINUANCE UNDER SPEEDY TRIAL ACT

On January 18, 2017, a grand jury in this District returned a two count indictment against Stepfonz Campbell. (Docket # 1.) Campbell is charged with one count of arson of building and one count of arson of building resulting in injury, in violation of 18 U.S.C. §§ 844(i) and 2. A status hearing was held in this case on January 27, 2017, at which the government moved to designate the case as complex. The government acknowledged that the discovery in this case is not as voluminous as in other cases; however, the government believed the discovery was sufficiently extensive to require additional time to review it. The defendant did not object to designating the case as complex.

The government informed me that the discovery in this case consists of approximately 1,500 pages of documents that include reports from three separate agencies (ATF, DCI, and the Milwaukee Police Department), 1,000 pages of police reports, 375 photographs, and several hundred pages of phone records. Additionally, there are four disks consisting of recorded statements from Campbell and other individuals.

Given the information presented, I find that this case, taken as a whole, is not so unusual or complex to make a finding under 18 U.S.C. § 3161(h)(7)(B)(ii). Nonetheless, given the volume of

discovery in this case, I find it appropriate to grant a continuance pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, I find that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

**NOW, THEREFORE, IT IS ORDERED** that a continuance is granted pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow defense counsel the reasonable time necessary for effective preparation.

**IT IS FURTHER ORDERED** that an additional status hearing will be held on **February 10, 2017 at 1:30 p.m.** The parties are ordered to confer prior to the hearing to discuss a schedule for filing of pretrial motions.

**IT IS FURTHER ORDERED** that the time between January 27, 2017 and February 10, 2017 is excluded from the speedy trial deadline of 18 U.S.C. § 3161(c)(1).

Dated at Milwaukee, Wisconsin this 27th day of January, 2017.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge